**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-6847**

───────────────

JOHN PATRICK MCSHEFFREY,

                            Petitioner - Appellant,

        versus

MARK A. HENRY, Warden,

                            Respondent - Appellee.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-98-
1543-AMD)

───────────────

Submitted:  September 10, 1998      Decided:  September 24, 1998

───────────────

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

John Patrick McSheffrey, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>McSheffrey v. Henry</u>, No. CA-98-1543-AMD (D. Md. May 22 & June 2, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>